**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The motion of Wyoming Liberty Group for admission of Stephen R. Klein *pro hac vice* is

**GRANTED**.


/s/    ELIZABETH LANG MIERS
          PRESIDING JUSTICE